UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEACON NAVIGATON GMBH

    Plaintiff,

v.

VOLKSWAGEN AG; VOLKSWAGEN GROUP OF AMERICA, INC.; AND VOLKSWAGEN GROUP OF AMERICA CHATTANOOGA OPERATIONS, LLC,

    Defendants.
_____/

Case No.  13-11512

Hon. Patrick J. Duggan
Mag. Mark A. Randon

## APPEARANCE

**PLEASE ENTER** the appearance of Susan A. Smith of Kenyon & Kenyon, LLP, as attorney for Defendants Volkswagen AG; Volkswagen Group of America, Inc.; and Volkswagen Group of America Chattanooga Operations, LLC  in the above cause of action. Service of all notices and pleadings filed in this action should be made on the undersigned counsel.

                                            s/ Susan A. Smith
                                            Susan A. Smith (DC 455946)
                                            Kenyon & Kenyon, LLP
                                            Attorney for Defendant
                                            1500 K Street, NW
                                            Washington, D.C.  20005-1257
                                            (202) 220-4321
                                            ssmith@kenyon.com

DATED:   April 4, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2013, I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing upon all ECF filing Participants.

I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participant:

Michael C. Ting
Freitas Tseng Baik & Kaufman LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065

                                                  s/ Susan A. Smith
                                                  Susan A. Smith (DC 455946)
                                                  Kenyon & Kenyon, LLP
                                                  Attorney for Defendant
                                                  1500 K Street, NW
                                                  Washington, D.C.  20005-1257
                                                  (202) 220-4321
                                                  ssmith@kenyon.com