UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTER DIVISION

BEACON NAVIGATION GmbH,

    Plaintiff,

v.                                                                                          Civil Case No. 13-11512
                                                                                            Honorable Patrick J. Duggan

VOLKSWAGEN AG, VOLKSWAGEN
GROUP OF AMERICA, INC., and
VOLKSWAGEN GROUP OF AMERICA
CHATTANOOGA OPERATIONS, LLC,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO LIFT DISCRETIONARY STAY

On March 20, 2013, the District Court for the District of Delaware entered an order transferring the above-captioned matter to this District and it was assigned to the undersigned. Before the matter was transferred, Plaintiff filed a motion to lift the stay entered by the Delaware court on May 24, 2012. The stay was entered pending resolution of an investigation in the United States International Trade Commission titled *In the Matter of Certain GPS Navigation Systems, Components Thereof, and Products Containing Same*, Inv. No. 337-TA-814 ("-814 investigation"). Plaintiff filed the pending motion after the -814 investigation ended. The motion is unopposed.

There no longer is any reason for the stay now that the -814 investigation has ended.

Accordingly,

**IT IS ORDERED**, that Plaintiff's motion to lift discretionary stay is **GRANTED**.

Dated: July 30, 2013          s/PATRICK J. DUGGAN
                                          UNITED STATES DISTRICT COURT

Copies to:
Counsel of Record